UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE
COMPANY, et al.,

    Plaintiffs,                              Civil Action No. 16-CV-13657

vs.                                         HON. BERNARD A. FRIEDMAN

SUMMIT PHYSICIANS
GROUP, PLLC, et al.,

    Defendants.
_____/

## **ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

        This matter is before the Court on defendants' motion to dismiss [docket entry 22]. The matter is fully briefed. On March 22, 2017, a hearing was held and oral argument heard. For the reasons stated on the record,

        IT IS ORDERED that defendants' motion to dismiss is denied.

                                                        s/Bernard A. Friedman
                                                        BERNARD A. FRIEDMAN
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated:  March 23, 2017
           Detroit, Michigan

Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF system to their respective email or First Class U. S. Mail addresses disclosed on the Notice of Electronic Filing on  March 23, 2017.

                                              s/Teresa McGovern
                                              Case Manager Generalist