UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE
COMPANY, et al.,

    Plaintiffs,                                            Civil Action No. 16-CV-13657

vs.                                                       HON. BERNARD A. FRIEDMAN

SUMMIT PHYSICIANS
GROUP, PLLC, et al.,

    Defendants.
_____/

## OPINION AND ORDER GRANTING DEFENDANTS' MOTION FOR A PRETRIAL CONFERENCE

       This matter is before the Court on defendants' motion for a pretrial conference [docket entry 84]. On February 7, 2018, at 2:00 p.m., the Court held a status conference in this matter. All plaintiffs and defendants Crawford, Summit Physicians Group, PLLC, and Summit Diagnostics, PLLC, appeared. But defendants Jankowski, Giancarlo, and Summit Medical Group, PLLC, did not appear, nor had defendants Jankowski and Summit Medical Group, PLLC, retained counsel, so the Court ordered them all defaulted and began drafting an order to that effect.[1]

       Before the Court had an opportunity to enter its order, however, attorney Bashore entered an appearance on behalf of defendants Jankowski and Summit Medical Group, PLLC. Now, defendants Jankowski and Summit Medical Group, PLLC, move for another conference. The parties have also sent the Court a stipulated order, wherein plaintiffs agree to set aside the defaults in exchange for $2,000. The Court agrees that another status conference is in the interests

---

[1] On November 13, 2017, the Court had ordered that all defendants retain counsel no later than January 12, 2018, and that they attend the February 7 status conference.

of judicial economy and justice. Accordingly, and for the reasons stated at the February 7 status conference,

IT IS ORDERED that the defaults of Jankowski and Summit Medical Group, PLLC, are set aside.

IT IS FURTHER ORDERED that defendants Jankowski and Summit Medical Group, PLLC must pay plaintiff Allstate $2,000 within one week of the date of this order.

IT IS FURTHER ORDERED that defendants' motion is granted and a status conference is scheduled for March 21, 2018, at 2:00 p.m.; before that status conference, all parties must meet and conduct good faith settlement negotiations.

IT IS FURTHER ORDERED that by March 20, 2018, the parties notify the Court whether they have settled the case; if not, they must attach a draft order both scheduling a creditors' examination of defendants Crawford and Summit Diagnostics, PLLC—which must be held before April 21, 2018—and including all of the pertinent details discussed at the status conference.

IT IS FURTHER ORDERED that all discovery dates will be extended forty-two days to accommodate the settlement negotiations.

Dated: February 22, 2018    s/Bernard A. Friedman
   Detroit, Michigan    BERNARD A. FRIEDMAN
                                         SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 22, 2018.

s/Johnetta M. Curry-Williams
Case Manager
