UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE
COMPANY, et al.,

    Plaintiffs,                                            Civil Action No. 16-CV-13657

vs.                                                          HON. BERNARD A. FRIEDMAN

SUMMIT PHYSICIANS
GROUP, PLLC, et al.,

    Defendants.
_____/

## **OPINION AND ORDER DISPOSING OF ALL PENDING MOTIONS**

This matter is before the Court on defense counsel Powell's motion to withdraw [docket entry 88], defendants' motion for reconsideration [docket entry 89], plaintiffs' motion for leave to file under seal [docket entry 95] and plaintiff's motion to compel discovery [docket entry 96]. On March 21, 2018, a hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that defense counsel Powell's motion to withdraw is granted; the court-appointed receiver for Summit Physicians Group and Summit Diagnostic Services shall hire new counsel within two weeks of the date of this order.

IT IS FURTHER ORDERED that defendants' motion for reconsideration is granted; the Court vacates the portion of its February 22, 2018, opinion and order that required defendants Crawford and Summit Diagnostics to undergo a creditors' examination.

IT IS FURTHER ORDERED that plaintiffs' motion for leave to file under seal is denied; the Clerk of Court shall unseal docket entries 97, 98, 99, 100, 101, and 102.

IT IS FURTHER ORDERED that plaintiff's motion to compel discovery is denied without prejudice; by April 20, 2018, defendants must fully answer all current, outstanding discovery requests; by June 12, 2018, the parties must complete all other document discovery.

IT IS FURTHER ORDERED that the entry of default as to defendant Giancarlo is set aside in accordance with the parties' March 8, 2018, stipulation.

IT IS FURTHER ORDERED that a status/discovery conference is scheduled for June 12, 2018, 2:00 p.m.; each party—or, alternatively, the party's representative—must attend.

Dated: March 22, 2018  s/Bernard A. Friedman
Detroit, Michigan  BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 22, 2018.

s/Johnetta M. Curry-Williams
Case Manager