1020.008

STATE OF MICHIGAN
IN U.S DISTRICT COURT - EASTERN MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY;<br>ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE COMPANY;<br>ESURANCE INSURANCE COMPANY;<br>and ESURANCE PROPERTY AND<br>CASUALTY INSURANCE COMPANY;<br><br>     Plaintiffs,<br>v.<br><br>SUMMIT PHYSICIANS GROUP, PLLC;<br>SUMMIT MEDICAL GROUP, PLLC;<br>SUMMIT DIAGNOSTIC SERVICES;<br>PLLC; GREATER DETROIT PHYSICAL<br>THERAPY & REHABILITATION, P.C.<br>d/b/a MERRIMAN PHYSICAL THERAPY<br>AND REHABILITATION, INC.; OAK<br>PARK PHYSICAL THERAPY; and<br>WARREN PHYSICAL THERAPY AND<br>REHABILITATION, P.C.; DAVID PETER<br>JANKOWSKI, D.O.; LARAN<br>JOHNATHON LERNER, D.O.; KEVIN<br>CRAWFORD, D.O.; and THOMAS<br>GIANCARLO, D.O.<br><br>     Defendants.<br>_____/ | Case No. 2:16-CV-13657-BAF-MKM<br><br>Hon. Bernard A. Friedman<br><br>**EMERGENCY MOTION FOR RELIEF FROM ORDER of NOVEMBER 9, 2018 CONDITIONALLY ALLOWING LIONEL E. BASHORE AND IAN N. COOTE TO WITHDRAW AS COUNSEL FOR SUMMIT MEDICAL GROUP, PLLC AND DR. DAVID P. JANKOWSKI, D.O.** |

  NOW COMES Bashore Green Law Group, P.C., by Lionel Bashore and Ian N. Coote, pursuant to Federal Rule of Civil Procedure 60, and hereby requests the following relief:

A. That Lionel Bashore, Ian N. Coote, and Bashore Green Law Group, P.C. be permitted to immediately and unconditionally withdraw as counsel for Defendants Summit Medical Group, PLLC, Dr. David P. Jankowski, D.O.

B. That this Honorable Court enter the attached Order granting relief from order of November 9, 2011 to all the immediate and unconditional withdrawal of Lionel Bashore, Ian N. Coote and Bashore Green Law Group, P.C.

1

1020.008

C. That this Honorable Court grant such other relief as is equitable and just.

In support of the relief requested above, Lionel Bashore, Ian N. Coote and Bashore Green Law Group, P.C. states the following:

1. Bashore Green Law Group, by Lionel E. Bashore and Ian N. Coote, filed a motion with the court requesting leave to withdraw as counsel for Summit Medical Group and Dr. David Jankowski due to a breakdown in the attorney client relationship. (Docket # 208)

2. On November 9, 2018, this court conditionally granted the motion to withdraw ordering that current counsel for Summit Medical Group and Dr. David Jankowski could withdraw once a substitute attorney had entered an appearance for Defendants. (Docket # 216)

3. At that time and by the same order, the court defaulted Defendants Summit Medical Group and Dr. Jankowski and set an evidentiary hearing to determine damages on March 19, 2019.

4. The Defendants will need to prepare for this hearing and review proofs of damages proffered by Plaintiff.

5. Since November 9, 2018, the parties have been engaged in settlement discussions.

6. However, during the course of discussions an uncurable conflict of interest has arisen which requires that counsel for Summit Medical Group and Dr. Jankowski be allowed to withdraw as counsel.

7. Michigan Rules of Professional Conduct 1.16 states: a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if: (1) the representation will result in violation of the Rules of Professional Conduct or other law

1020.008

8. Given that there is still much work to do in this case, this conflict of interest materially limits Bashore Green Law Group's ability to represent Defendants Summit Medical Group and Dr. Jankowski in this matter.

9. Michigan Rules of Professional Conduct 1.7 (b) state: A lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client or to a third person, or by the lawyer's own interests.

10. Counsel for defendants Summit Medical Group and Dr. David Jankowski have been placed in a position where their representation is materially limited by conflicts that have arisen between the lawyers and their clients.

11. Federal Rule of Civil Procedure 60 states that "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for… (6) any other reason that justifies relief."

12. Counsel for Defendant submits that the reasons outlined in this motion justify the request for the relief sought and move this court to enter an order allowing immediate and unconditionally withdrawal of Lionel E. Bashore and Ian N. Coote and Bashore Green Law Group as counsel for Defendants and give 60 days to find new counsel.

13. A copy of this motion was served on Dr. David P. Jankowski, D.O., and Summit Medical Group on January 29, 2019.

14. This motion is supported by the files and records in this case, the laws of the State of Michigan and rules of this Court, and general principles of equity.

Defense counsel sought concurrence from Plaintiff counsel for the relief requested by this motion under Local Rule 7.1(a) but it was not obtained.

1020.008

                          Respectfully submitted,

                          BASHORE GREEN LAW GROUP,
                          a Professional Corporation,

                              /s/ Ian N. Coote
                          Ian N. Coote (P73154)
                          Attorneys for Summit Medical Group, and Dr. David Jankowski
                          17 S. Saginaw Street, 2nd Floor
                          Pontiac, Michigan 48342

Dated: January 28, 2019         PH: (248) 209-6009 / FX (248) 209-6010

## PROOF OF SERVICE

      Cynthia M. Chiavello states under oath that on January 29, 2019, she filed (1) Emergency Motion for Relief from Order of November 9, 2018, Conditionally Allowing Lionel E. Bashore and Ian N. Coote to Withdraw as Counsel for Summit Medical Group, PLLC and Dr. David Jankowski, D.O., (2) Proposed Order Relieving Bashore Green from Order of November 9, 2018, and Allowing Immediate and Unconditional Withdrawal of Counsel for Summit Medical Group, PLLC and Dr. David P. Jankowski, D.O., and (3) this Proof of Service, with the Clerk of the Court using the ECF system which will send notification to all parties of record.

      and

      Cynthia M. Chiavello states under oath that on January 29, 2019, she served copies of the following documents: (1) Emergency Motion for Relief from Order of November 9, 2018, Conditionally Allowing Lionel E. Bashore and Ian N. Coote to Withdraw as Counsel for Summit Medical Group, PLLC and Dr. David Jankowski, D.O., (2) Proposed Order Relieving Bashore Green from Order of November 9, 2018, and Allowing Immediate and Unconditional Withdrawal of Counsel for Summit Medical Group, PLLC and Dr. David P. Jankowski, D.O., and (3) this Proof of Service, upon:

      Summit Medical Group, PLLC
      Dr. David P. Jankowski, D.O
      1010 Bowers, Suite D.
      Birmingham, Michigan 48009
      djanko1@aol.com

4

1020.008

    Angela Morales
    amorales@summitgroupmd.com

by Email to the Email addresses listed above.

*I declare that the statements above are true to the best of my information, knowledge and belief.*

                          /s/ Cynthia M. Chiavello
                          Cynthia M. Chiavello

1020.008

STATE OF MICHIGAN
IN U.S DISTRICT COURT - EASTERN MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY; <br><br> Plaintiffs, <br> v. <br><br> SUMMIT PHYSICIANS GROUP, PLLC; SUMMIT MEDICAL GROUP, PLLC; SUMMIT DIAGNOSTIC SERVICES; PLLC; GREATER DETROIT PHYSICAL THERAPY & REHABILITATION, P.C. d/b/a MERRIMAN PHYSICAL THERAPY AND REHABILITATION, INC.; OAK PARK PHYSICAL THERAPY; and WARREN PHYSICAL THERAPY AND REHABILITATION, P.C.; DAVID PETER JANKOWSKI, D.O.; LARAN JOHNATHON LERNER, D.O.; KEVIN CRAWFORD, D.O.; and THOMAS GIANCARLO, D.O. <br><br> Defendants. | Case No. 2:16-CV-13657-BAF-MKM <br><br> Hon. Bernard A. Friedman <br><br> **PROPOSED ORDER** <br><br> **RELIEVING BASHORE GREEN FROM ORDER OF NOVEMBER 9, 2018 AND** <br><br> **ALLOWING IMMEDIATE AND UNCONDITIONAL WITHDRAWAL OF COUNSEL FOR SUMMIT MEDICAL GROUP, PLLC AND DR. DAVID P. JANKOWSKI, D.O.** |

_____/

This matter having come before the Court on Bashore Green Law Group, P.C.'s Emergency Motion for Relief from Order of November 9, 2018, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1. Bashore Green Law Group, P.C.'s motion for relief from order is granted and Bashore Green Law Group, P.C., by Lionel Bashore and Ian N. Coote, are hereby immediately and

6

1020.008

unconditionally withdrawn as counsel for Defendants Summit Medical Group, PLLC and Dr. David P. Jankowski, D.O. in this matter.

2. This matter shall be stayed for 60 days to allow Defendants Summit Medical Group and Dr. David Jankowski to obtain new counsel.

3. Until Defendants Summit Medical Group, PLLC and Dr. David P. Jankowski, D.O. retain replacement counsel, notices for all Summit Medical Group, PLLC and Dr. David P. Jankowski, D.O. can be sent to Summit Medical Group, PLLC, 1010 Bowers, Suite D., Birmingham, Michigan 48009 and to Dr. David Jankowski, D.O. at djanko1@aol.com.

IT IS SO ORDERED

_____
Bernard A. Friedman
District Court Judge

Dated: